# Exhibit List

| Exhibit | Description |
|---|---|
| Exhibit A | April FOIA Request to Defendants DHS, CBP, and ICE |
| Exhibit B | July FOIA Request to Defendants DHS, CBP, and ICE |
| Exhibit C | Correspondence with Defendant DHS regarding April FOIA Request<br>• Pages 1-2: May 1, 2017 post office verification |
| Exhibit D | Correspondence with Defendant DHS regarding July FOIA Request<br>• Pages 1-2: July 21, 2017 post office verification<br>• Pages 3-4: July 27, 2017 email from Defendant DHS<br>• Pages 5-7: August 10, 2017 clarification letter from Requesters to Defendant DHS<br>• Pages 8-9: August 14, 2017 response from Defendant DHS<br>• Pages 10-12: August 22, 2017 response from Defendant DHS<br>• Pages 13-15: September 14, 2017 letter from Requesters to Defendant DHS<br>• Pages 16-17: September 18, 2017 email from Defendant DHS<br>• Pages 18-20: September 20, 2017 email from Defendant DHS<br>• Page 21: September 21, 2017 email from Defendant DHS<br>• Pages 22-24: September 28, 2017 final disposition letter from Defendant DHS |
| Exhibit E | Correspondence with Defendant ICE regarding April FOIA Request<br>• Page 1: April 26, 2017 email from Defendant ICE<br>• Pages 2-3: April 27, 2017 email from Defendant ICE<br>• Pages 4-9: May 23, 2017 Requesters' response to Defendant ICE<br>• Pages 10-13: May 30, 2017 post office verification<br>• Pages 14-15: June 8, 2017 email from Defendant ICE<br>• Pages 16-17: June 16, 2017 email from Requesters to Defendant ICE<br>• Page 18: June 16, 2017 automatic response from Defendant ICE<br>• Pages 19-24: June 23, 2017 email from Requesters to Defendant ICE<br>• Page 25: June 23, 2017 automatic response from Defendant ICE |
| Exhibit F | Correspondence with Defendant ICE regarding July FOIA Request<br>• Page 1: July 17, 2017 automatic response from Defendant ICE |
| Exhibit G | Correspondence with Defendant CBP regarding April FOIA Request<br>• Pages 1-2: May 1, 2017 post office verification<br>• Page 3: May 5, 2017 automatic response from Defendant CBP<br>• Page 4: September 11, 2017 email from Defendant CBP<br>• Pages 5-6: September 27, 2017 emails from Defendant CBP<br>• Pages 7-8: September 29, 2017 Requesters response to Defendant CBP |
| Exhibit H | Correspondence with Defendant CBP regarding July FOIA Request<br>• Pages 1-2: July 21, 2017 post office verification<br>• Page 3: August 2, 2017 confirmation email from Defendant CBP<br>• Page 4: August 2, 2017 email from Defendant CBP changing tracking number<br>• Pages 5-7: August 2, 2017 email from Defendant CBP acknowledging July FOIA request<br>• Page 8: August 17, 2017 email from Defendant CBP changing tracking number back to original<br>• Page 9: final disposition from Defendant CBP |