# Exhibit H

Correspondence with Defendant CBP regarding July FOIA Request

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70163010000017972305

▶  ▶  ▶  Delivered

**Updated Delivery Day:** Friday, July 21, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 21, 2017, 10:38 am** | **Delivered, To Mail Room** | **WASHINGTON, DC 20229** |
| Your item has been delivered to the mail room at 10:38 am on July 21, 2017 in WASHINGTON, DC 20229. | | |
| July 21, 2017, 8:15 am | Arrived at Unit | WASHINGTON, DC 20018 |
| July 20, 2017, 9:04 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20229 |
| July 18, 2017, 4:04 am | Departed USPS Regional Facility | BURLINGTON VT DISTRIBUTION CENTER |

See More ∨

## Available Actions

Text Updates                                                                                      ∨

Email Updates                                                                                     ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

### There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again
- Provide delivery instructions, so your carrier knows where to leave packages

### Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?
app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) National Postal Museum (http://www.postalmuseum.si.edu/) Resources for Developers (https://www.usps.com/webtools/welcome.htm) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | | |
| | Careers (http://about.usps.com/careers/welcome.htm) | | |

Copyright © 2017 USPS. All Rights Reserved.


(https://www.facebook.com/USPS?rf=108501355848630)  (https://twitter.com/usps)


(http://www.pinterest.com/uspsstamps/)  (https://www.youtube.com/usps)

**lernst@acluvt.org**

**From:** CBPFOIA@cbp.dhs.gov
**Sent:** Wednesday, August 02, 2017 7:39
**To:** lernst@acluvt.org
**Subject:** FOIA Request CBP-2017-077128 Submitted

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: CBP-2017-077128
- Requester Name: Lia Ernst
- Date Submitted: 07/27/2017
- Request Status: Submitted
- Description: Requestor is seeking all Records from September 1, 2011, to December 31, 2011, and from January 1, 2015, through March 31, 2015, mentioning, referencing, relating to, or referring to Justicia Migrante, Migrant Justice, Milk with Dignity, the Milk with Dignity campaign, or mentioning, referencing, relating to, or referring to any individuals known or suspected by DHS or its sub-agencies of being affiliated or associated with Justicia Migrante, Migrant Justice, or the Milk with Dignity campaign.

# lernst@acluvt.org

| | |
|---|---|
| **From:** | CBPFOIA@cbp.dhs.gov |
| **Sent:** | Wednesday, August 02, 2017 11:47 |
| **To:** | lernst@acluvt.org |
| **Subject:** | FOIA Request Tracking Number Change for Request CBP-2017-077128 (to CBP-OIIL-2017-077128) |

The FOIA request CBP-2017-077128 has had its Tracking Number changed to CBP-OIIL-2017-077128. This is normally due to the request being transferred to another agency (for example, EPA to Dept. of Commerce) or to a sub-agency to process it. Additional details for this request are as follows:

- Old Tracking Number: CBP-2017-077128
- New Tracking Number: CBP-OIIL-2017-077128
- Requester Name: Lia Ernst
- Date Submitted: 07/27/2017
- Long Description: Requestor is seeking all Records from September 1, 2011, to December 31, 2011, and from January 1, 2015, through March 31, 2015, mentioning, referencing, relating to, or referring to Justicia Migrante, Migrant Justice, Milk with Dignity, the Milk with Dignity campaign, or mentioning, referencing, relating to, or referring to any individuals known or suspected by DHS or its sub-agencies of being affiliated or associated with Justicia Migrante, Migrant Justice, or the Milk with Dignity campaign.

1300 Pennsylvania Ave
RRB 7.3D
Washington, DC 20229

Lia Ernst
ACLU Foundation of Vermont
PO Box 277
Montpelier, VT 05601

August 2, 2017

Dear Lia Ernst,

This automated notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 07/27/2017. Please use the following unique FOIA tracking number CBP-OIIL-2017-077128 to track the status of your request. If you have not already done so, you must create a FOIAonline account at https://foiaonline.regulations.gov. This is the only method available to check the status of your pending FOIA request.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you; however, the first 100 pages are free.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 §5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt. Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 §5.5(c).

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests. Currently, the average time to process a FOIA request related to "travel/border incidents" is a minimum of 3-6 months. We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

005

Sincerely,

Jodi Drengson
U.S. Customs and Border Protection

## lernst@acluvt.org

**From:** CBPFOIA@cbp.dhs.gov
**Sent:** Wednesday, August 02, 2017 11:50
**To:** lernst@acluvt.org
**Subject:** CBP-OIIL-2017-077128 - Acknowledgement Letter
**Attachments:** CBP-OIIL-2017-077128 - Acknowledgement Letter.pdf


Lia Ernst
PO Box 277 Montpelier VT 05601


Dear Lia Ernst:

This automated notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 07/27/2017.    Please use the following unique FOIA tracking number CBP-OIIL-2017-077128 to track the status of your request.  If you have not already done so, you must create a FOIAonline account at https://foiaonline.regulations.gov.  This is the only method available to check the status of your pending FOIA request.

Provisions of the Act allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you; however, the first 100 pages are free.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt.  Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests.  Currently, the average time to process a FOIA request related to "travel/border incidents" is a minimum of 3-6 months. We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

## lernst@acluvt.org

| | |
|---|---|
| **From:** | CBPFOIA@cbp.dhs.gov |
| **Sent:** | Thursday, August 17, 2017 8:33 |
| **To:** | lernst@acluvt.org |
| **Subject:** | FOIA Request Tracking Number Change for Request CBP-OIIL-2017-077128 (to CBP-2017-077128) |

The FOIA request CBP-OIIL-2017-077128 has had its Tracking Number changed to CBP-2017-077128. This is normally due to the request being transferred to another agency (for example, EPA to Dept. of Commerce) or to a sub-agency to process it. Additional details for this request are as follows:

- Old Tracking Number: CBP-OIIL-2017-077128
- New Tracking Number: CBP-2017-077128
- Requester Name: Lia Ernst
- Date Submitted: 07/27/2017
- Long Description: Requestor is seeking all Records from September 1, 2011, to December 31, 2011, and from January 1, 2015, through March 31, 2015, mentioning, referencing, relating to, or referring to Justicia Migrante, Migrant Justice, Milk with Dignity, the Milk with Dignity campaign, or mentioning, referencing, relating to, or referring to any individuals known or suspected by DHS or its sub-agencies of being affiliated or associated with Justicia Migrante, Migrant Justice, or the Milk with Dignity campaign.

## lernst@acluvt.org

| | |
|---|---|
| **From:** | CBPFOIA@cbp.dhs.gov |
| **Sent:** | Tuesday, September 19, 2017 18:44 |
| **To:** | lernst@acluvt.org |
| **Subject:** | Final Disposition, Request CBP-2017-077128 |

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) requesting all Records from September 1, 2011, to December 31, 2011, and from January 1, 2015, through March 31, 2015, mentioning, referencing, relating to, or referring to Justicia Migrante, Migrant Justice, Milk with Dignity, the Milk with Dignity campaign, or mentioning, referencing, relating to, or referring to any individuals known or suspected by DHS or its sub-agencies of being affiliated or associated with Justicia Migrante, Migrant Justice, or the Milk with Dignity campaign.

We conducted a comprehensive search of files within the CBP databases for records that would be responsive to your request. We were unable to locate or identify any responsive records, based upon the information you provided in your request.

This completes the CBP response to your request. You may contact a FOIA Public Liaison by sending an email via your FOIAonline account, or call 202-325-0150. Please notate file number CBP-2017-077128 on any future correspondence to CBP related to this request.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition. Should you wish to do so, you must file your appeal within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.9. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via FOIAonline by clicking on the "Create Appeal" button that appears when you view your initial request. If you do not have computer access, you may send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia. Additional information can be found at the following link https://www.cbp.gov/document/guidance/exemption-definitions.

Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.