UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **MIGRANT JUSTICE** and **MATT CAMERON,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION,** and **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,**<br><br>*Defendants.* | Case No. 2:17-cv-197-cr |

**Proof of Service**

I, Lia Ernst, pursuant to 28 U.S.C. § 1746, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of the summons and complaint ("copies") by doing each of the following:

   a. **Mail Service on the United States Attorney for the District of Vermont** in

      compliance with the Federal Rules of Civil Procedure. I mailed copies to the Civil

      Process Clerk via certified mail to:

   > Civil Process Clerk
   > U.S. Attorney's Office for the District of Vermont
   > U.S. Courthouse and Federal Building
   > PO Box 570[1]
   > 11 Elmwood Avenue, 3rd Floor
   > Burlington, VT 05402-0570

   A copy of the signed return receipt is attached.

---

[1] I inadvertently transposed the numbers 5 and 7; the return receipt reflects the correction.

b. **Mail Service on the Attorney General of the United States** in compliance with the Federal Rules of Civil Procedure. I mailed copies to the Attorney General via certified mail to:

> Honorable Jefferson B. Sessions III
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave., NW
> Washington, DC 20530-0001

A copy of the signed return receipt is attached.

c. **Mail Service on U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, and U.S. Customs and Border Protection** in compliance with the Federal Rules of Civil Procedure and 6 C.F.R. § 5.42(a). I mailed copies to the Office of the General Counsel, U.S. Department of Homeland Security, via certified mail to:

> Office of the General Counsel
> U.S. Department of Homeland Security
> 245 Murray Lane, SW
> Mail Stop 0485
> Washington, D.C. 20528-0485

As of today's date, I have not received the return receipt. The United States Post Office tracking system reflects that the copies were delivered to the mail room on October 16, 2017, and that the return receipt was in transit to Montpelier as of October 17, 2017. The tracking information is attached, along with the certified mail receipt and a scan provided by the United States Post Office of the signed return receipt.

3. My name, address, and telephone number are:

> Lia Ernst
> ACLU Foundation of Vermont

       137 Elm Street
       Montpelier, VT 05602
       (802) 223-6304 x 112

I declare under penalty of perjury that the foregoing is true and correct.

_____       Date: November 6, 2017
Lia Ernst

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Migrant Justice and Matt Cameron <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Homeland Security, United States Customs and Border Protection, United States Immigration and Customs Enforcement <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-197 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, and U.S. Customs and Border Patrol

c/o Office of the General Counsel, U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lia Ernst, ACLU Foundation of Vermont, PO Box 277, Montpelier, VT 05601
Joshua Stehlik, National Immigration Law Center, 3435 Wilshire Boulevard, Suite 1600, Los Angeles, CA 90010
Claudia Wilner, National Center for Law and Economic Justice, 275 Seventh Avenue, Suite 1506, New York, New York 10001-6860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-197

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Civil Process Clerk
    US Attorney Office, D. Vt.
    US Courthouse + Federal Building
    PO Box ~~750~~ 570, 3rd Floor
    11 Elmwood Ave., 3rd Floor
    Burlington, VT 05402-0570

9590 9402 2646 6336 9543 81

2. Article Number (Transfer from service label)

    7017 0660 0000 4073 1044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): F M Atkinson
C. Date of Delivery: 10-16-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Hon. Jefferson B. Sessions III
    Attorney General
    U.S. Dep't of Justice
    950 Pennsylvania Ave, NW
    Washington, DC 20531-0001

9590 9402 2646 6336 9543 98

2. Article Number (Transfer from service label)

    7017 0660 0000 4073 1037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   OCT 16 2017

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170660000040731051

▶   ▶   ▶ Delivered

**On Time**
**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions Apply ⓘ

**See tracking for related item:** 9590940226466336954374 (/go/TrackConfirmAction?tLabels=9590940226466336954374)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 16, 2017, 11:37 am** | **Delivered, To Mail Room** | **WASHINGTON, DC 20528** |
| | ▲ | |
| | Your item has been delivered to the mail room at 11:37 am on October 16, 2017 in WASHINGTON, DC 20528. | |
| October 16, 2017, 9:54 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20528 |
| October 16, 2017, 8:29 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 15, 2017, 9:59 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20528 |

See More ˅

## Available Actions

**Text & Email Updates** ˅

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9590940226466336954374

▶ ▶ ▷ **In Transit, Delayed**

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Package Service - Retail

**Features:**
Return Receipt
USPS Tracking®

**See tracking for related item:** 70170660000040731051 (/go/TrackConfirmAction?tLabels=70170660000040731051)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:59 am | In Transit to Destination | ON ITS WAY TO MONTPELIER, VT 05602 |

The package is delayed and will not be delivered by the expected delivery date. An updated delivery date will be provided when available. The item is currently in transit to the destination as of October 17, 2017 at 9:59 am. It is on its way to MONTPELIER, VT 05602.

| October 13, 2017, 10:01 am | Return Receipt Associated | |

See More ⌄

## Available Actions

Text & Email Updates ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)



```
                    MONTPELIER
                    87 STATE ST
                    MONTPELIER
                        VT
                    05602-9998
                    5048160645
10/13/2017      (800)275-8777      10:02 AM

Product                  Sale          Final
Description              Qty           Price

PM 2-Day                  1            $7.20
Padded FR Env
    (Domestic)
    (WASHINGTON, DC   20528)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 10/16/2017)
Certified                 1            $3.35
    (@@USPS Certified Mail #)
    (70170660000040731051)
Return                    1            $2.75
Receipt
    (@@USPS Return Receipt #)
    (95909402264663369543740)

Total                                  $13.30

Credit Card Remitd                     $13.30
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX4548)
    (Approval #:013902)
    (Transaction #:935)

Includes up to $50 insurance

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.
```

Certified Mail Receipt:
- Sent To: Office of the General Counsel, US DHS
- Street and Apt. No., or PO Box No.: 245 Murray Lade, SW  Mail Stop 0485
- City, State, ZIP+4: Washington, DC 20528-0485
- Certified Mail Fee: $3.35
- Return Receipt (electronic): $0.00
- Postage: $7.20
- Total Postage and Fees: $13.30
- Date: 10/13/2017
- WASHINGTON, DC 20528

Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | November 03, 2017

### USPS Tracking Intranet
### Delivery Signature and Address

 On Sunday, October 22, 2017, the End of Day (EOD) report was re-enabled with no tracking numbers available. The End of Day report is intentionally providing data without tracking numbers. Please do not log a Help Desk ticket for this change. Thank you for your support.

Tracking Number: 7017 0660 0000 4073 1051

This item was delivered on 10/16/2017 at 11:37:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 14.5.0.0.13

|  |  |
|---|---|
| **MIGRANT JUSTICE** and **MATT CAMERON,**<br><br>                        *Plaintiffs,*<br><br>          v.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION,** and **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,**<br><br>                        *Defendants.* | Case No. 2:17-cv-197-cr |

**Certificate of Service**

I hereby certify that on November 6, 2017, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which will provide service and send notification of such filing to the following: Eugenia A.P. Cowles and Nikolas P. Kerest.

/s/ Lia Ernst
ACLU Foundation of Vermont
137 Elm Street
Montpelier, VT 05602
(802) 223-6304
lernst@acluvt.org