NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Migrant Justice, et al.,

    v.                                          Case No. 2:17-cv-197

United States Department of Homeland Security, et al.

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m., on, Tuesday, May 08, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Status Conference and Case Management Conference.

| | |
|---|---|
| Location: 542 | JEFFREY S. EATON, Clerk |
| | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 4/25/2018 |

TO:

Claudia Wilner, Esq.
Joshua Stehlik, Esq.
Lia Ernst, Esq.
Trudy Rebert, Esq.

Owen C.J. Foster, AUSA

Anne Pierce, Court Reporter