UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MIGRANT JUSTICE and MATT CAMERON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, UNITED STATES )<br>CUSTOMS AND BORDER PROTECTION, and )<br>UNITED STATES IMMIGRATION AND )<br>CUSTOMS ENFORCEMENT, )<br>)<br>Defendants. )<br>) | Case No. 2:17-CV-197 |

## SIXTEENTH JOINT STATUS REPORT

On December 27, 2017, this Court granted the parties' Stipulated Schedule For Status Reports To The Court And Request To Stay Local Rule 26(a). Doc. Nos. 13, 15. Pursuant to the Order, the parties submit this Joint Status Report to update the Court on progress of the litigation. This Joint Status Report is the parties' sixteenth such report. The parties' Fifteenth Joint Status Report was filed on March 9, 2021. On March 19, the Court issued a notice of hearing for a status conference on April 27, but, on April 22, the parties filed a motion to continue the status conference, noting Defendants' counsel's unavailability and the fact that the parties had begun discussions aimed at resolving the case. The Court granted the motion on April 27, 2021.

The parties have made progress in settlement discussions and continue to believe there is a viable path toward resolution. The settlement discussions are centered around a small subset of the documents produced. The parties will advise the Court promptly if they achieve resolution or if they determine that they are unable to do so, in which case they will file a motion for a briefing schedule for cross-motions for summary judgment or other appropriate next steps.

Dated:  July 8, 2021	Respectfully submitted,

        FOR THE PLAINTIFFS

        Lia Ernst
        ACLU Foundation of Vermont
        P.O. Box 277
        Montpelier, VT 05601
        802-223-6304
        lernst@acluvt.org

        Josh Stehlik*
        Sarah Kim Pak*
        National Immigration Law Center
        3435 Wilshire Boulevard, Suite 1600
        Los Angeles, CA 90010
        213-639-3900
        stehlik@nilc.org
        kimpak@nilc.org

        Claudia Wilner*
        National Center for Law and Economic Justice
        275 Seventh Avenue, Suite 1506
        New York, NY 10001-6860
        212-633-6967
        wilner@nclej.org

        * Appearing *pro hac vice*


        FOR THE DEFENDANTS:

        JONATHAN OPHARDT
        First Assistant U.S. Attorney
        Acting United States Attorney

        Michael Sady (BBO #552934)
        Assistant U.S. Attorney
        John Joseph Moakley

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3362
Michael.sady@usdoj.gov