UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MIGRANT JUSTICE and MATT CAMERON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, UNITED STATES )<br>CUSTOMS AND BORDER PROTECTION, and )<br>UNITED STATES IMMIGRATION AND )<br>CUSTOMS ENFORCEMENT, )<br>)<br>Defendants. )<br>) | Case No. 2:17-CV-197 |

### SEVENTEENTH JOINT STATUS REPORT

On December 27, 2017, this Court granted the parties' Stipulated Schedule For Status Reports To The Court And Request To Stay Local Rule 26(a). Doc. Nos. 13, 15. Pursuant to the Order, the parties submit this Joint Status Report to update the Court on progress of the litigation. This Joint Status Report is the parties' seventeenth such report. The parties' Sixteenth Joint Status Report was filed on July 8, 2021.

The parties have continued to make progress in settlement discussions and continue to believe there is a viable path toward resolution. The settlement discussions are centered around a small subset of the documents produced; Defendants anticipate producing a response to Plaintiffs' settlement demand by mid-September. The parties will advise the Court promptly if they achieve resolution or if they determine that they are unable to do so, in which case they will file a motion for a briefing schedule for cross-motions for summary judgment or other appropriate next steps.

Dated:  September 7, 2021 	Respectfully submitted,

FOR THE PLAINTIFFS

Lia Ernst
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601
802-223-6304
lernst@acluvt.org

Josh Stehlik*
Sarah Kim Pak*
National Immigration Law Center
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
213-639-3900
stehlik@nilc.org
kimpak@nilc.org

Claudia Wilner*
National Center for Law and Economic Justice
275 Seventh Avenue, Suite 1506
New York, NY 10001-6860
212-633-6967
wilner@nclej.org

* Appearing *pro hac vice*

FOR THE DEFENDANTS:

JONATHAN OPHARDT
First Assistant U.S. Attorney
Acting United States Attorney

Michael Sady (BBO #552934)
Assistant U.S. Attorney
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3362
Michael.sady@usdoj.gov